RECEIVED BY MAIL

JUL 0 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Aaron Okyere        Plaintiff(s),
Tandoh

vs.

Case No. _26-cv-3198 ECT/ECW_
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐      NO ☒

United States  Barock Obama
Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff     Aaron Okyere Tandoh

    Name

    Street Address  3491 Kurtz St. Sandiego, CA 92110

    County, City    Suite 150

    State & Zip Code  Sandiego canty, CA Sandiego 92110

    Telephone Number  619 320 2404

SCANNED

JUL 0 6 2026

U.S. DISTRICT COURT MPLS

04-17-26      4:00 Pm

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name United States Barock Obama

Street Address N/A

County, City

State & Zip Code Washington DC

b. Defendant No. 2 Virginia police / edina police

Name N/A

Street Address

County, City Virginia, MN / mN state Patrol

State & Zip Code N/A

c. Defendant No. 3 Ghana Police / nigeria Police

Name Chana, accra / Sandiego Police

Street Address N/A

County, City Accra Ghana / Alpine Police

State & Zip Code N/A

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

Amendment #4, #1

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                N/A         State of Citizenship:

Defendant No. 1:                           State of Citizenship:

Defendant No. 2:                           State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

☐ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota

☒ Other: explain

minnesota and California

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

The United States and Some countries Assalt and torcher me ~~from~~ for 14 years now.

for 3 years the United States made me faint to the grand Hitting my Head. The United States makes it Hard for me to Breath until I force myself for air lasting for 2 years in a row. I filed a police report with no luck the police are involved.

I am in fear for my life I also seek compensation for Descrimination, Abuse and torcher.

The parties are Also accussed of Police/Govt Illigal Practice.

separately, beginning with number 7. Please write each single set of circumstances in a
separately numbered paragraph.



7. Dear Honorable; The United states and some countries Assalt and torcher me for 14 years now. for 3 years the United states ~~made~~ made me faint to Thee ground Hitting my Heco. The United states makes it Hard for me to Breath until I force myself for air lasting for 2 years in a row. I filed a police report with no luck the Police are involved.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any,
you are seeking.

I request compensation for Descrimnation, torcher, Abuse and other Illigal or wrongful acts,

4

Signed this **17** day of **04 26**

Signature of Plaintiff _____

Mailing Address 3491 Kurtz st suite 150
Sandiego, CA 92110

Telephone Number 619-320 2404

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

Aaron Okyere Tondoh

4-17-26

3491 Kurtz st
suite 150 Sandiego CA
92110

619 320 2404

5

United States and the organizational countries

United States — Royal Rangers — Assalt
Illigal stalking

Africa — Kenya, Ghana
Assalt, threats, / Intrusion

Asia — 6:20pm — the asians refuses to
stop following me

United States
e dina police — Assalt police intrusion
Sandiego Police — Assalt police intrusion
Alpine police — Assalt threats


ASIA — Asia police and Govt
Assalted me and
Intrudes police intrusion
Asia refuses to stop
following me

Aaron Tandoh        2-14-26

The following parties are accussed of threat of Death, Sexual Harassment forcable govt/police stalking Govt/Police intrusion and Abuse of Power

Virginia, MN police Woman
Saint Louis County, MN
edina, MN police
Sandiego Police
C.I.A
Ghana Police
U.S leader

3-11-26                Aaron Tendoff

Police/Govt - Assalt intrusion
Illigal Police/Govt Practice
Abuse of Power.

Asia - Asia is accussed of
inapromiate conduct
Abuse of power and Illigal
Police/Govt Practice
Abuse of Power

Isreal - Assalt

United States - Assalt Illigal
4:00 pm   Police/Govt Practice
4:23 pm   The epina Police
Dept is accussed of
stalking Illigal police
Practice and Abuse
of Power, Assalt

Assault, Indecensy

Sexual Harassment

Illigal Stalking

U.S Customs

Mexico

India — india and the edina police are accussed of sexual indecensy and Harassment including Illigal Stalking

Ghana/nigeria — Sexual Indecency

United States — Sexual indecency. The edina police Illigal Stalking Assalted me for Illigal practices. 4 Days in a row

The following Parties are the Defendants

They are accussed of Assalt and Illigal Police/Govt stalking

United States — Illigal Practice

Ghana — Illigal Practice and Illigal Govt/police stalking

Nigeria — Illigal Practice and Abuse of Power Police stalking

India — Assalt, Illigal Practice, stalking

The Plaintiff is Aaron Tandoh